IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WILLIAM SPIVEY ) | |
| ) | |
| v. ) | NO. 3:05-0394 |
| ) | JUDGE CAMPBELL |
| PLASTECH ENGINEERED PRODUCTS ) | |
| a/k/a LDM TECHNOLOGIES ) | |

ORDER

Pending before the Court is Defendant Plastech Engineered Products, Inc.'s Motion for Summary Judgment (Docket No. 20). For the reasons stated in the accompanying Memorandum, Defendant's Motion (Docket No. 20) is GRANTED in part and DENIED in part.

Also pending before the Court is Plaintiff's Motion to Allow Brief in Excess of 25 Pages (Docket No. 47). The Motion (Docket No. 47) is GRANTED.

The pretrial conference currently set for August 21, 2006 at 1:00 p.m. and the trial currently set for August 29, 2006 at 9:00 a.m. remain set.

The Court hereby orders the parties to participate in alternative dispute resolution, pursuant to Local Rules 16.02-16.08 and 1.02 of the Local Rules of Court. The Magistrate Judge shall issue all necessary orders to implement the type of alternative dispute resolution he selects as appropriate. The alternative dispute resolution shall be held at a time and in a manner that does not interfere with the trial date.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE